UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:18-cv-230

Name of party requesting extension: Office Depot, Inc.

Is this the first application for extension of time in this case?   ☐ Yes   ☑ No

If no, please indicate which application this represents:   ☑ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 5/30/16

Number of days requested:   ☐ 30 days   ☐ 15 days   ☑ Other 11 days

New Deadline Date: 7/31/2018   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Damon M Lewis
State Bar No.: VA 73140
Firm Name: DLA Piper LLP (US)
Address: 500 Eighth Street NW
         Washington, DC 20004

Phone: (202) 799-4573
Fax:   (202) 799-5362
Email: damon.lewis@dlapiper.com

A certificate of conference does not need to be filed with this unopposed application.