**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Flectere LLC, <br><br> Plaintiff <br><br> v. <br><br> Office Depot, Inc., <br><br> Defendant. | CASE NO. 2:18-cv-00230-JRG |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Flectere LLC and Defendant Office Depot, Inc. hereby notify the Court that the parties have reached an agreement in principle that will resolve all pending claims between them. The parties request that the Court stay all unreached case deadlines applicable between the parties for thirty (30) days so the appropriate dismissal papers may be submitted to dismiss all claims in this action.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  July 27, 2018 | By: */s/ Isaac P. Rabicoff (w/permission)* |
|  | Isaac P. Rabicoff |
|  | (Isaac@rabilaw.com) |
|  | Kenneth Matuszewski |
|  | (Kenneth@rabilaw.com) |
|  | RABICOFF LAW LLC |
|  | 73 W Monroe St |
|  | Chicago, IL 60603 |
|  | Tel: (773) 669-4590 |
|  | |
|  | ATTORNEYS FOR PLAINTIFF |
|  | FLECTERE LLC |
|  | |
|  | By:  /s/ *Nicholas G. Papastavros* |
|  | Nicholas G. Papastavros |
|  | (nick.papastatvors@dlapiper.com) |
|  | Yasmin Ghassab |
|  | (yasmin.ghassab@dlapiper.com) |
|  | DLA PIPER LLP (US) |
|  | 33 Arch Street, 26th Floor |
|  | Boston, MA  02110-1447 |
|  | Tel: 617.406.6000 |
|  | Fax: 617.406.6100 |
|  | |
|  | DAMON M. LEWIS |
|  | (damon.lewis@dlapiper.com) |
|  | DLA PIPER LLP (US) |
|  | 500 Eighth Street, NW |
|  | Washington, DC  20004 |
|  | Tel: 202.799.4573 |
|  | Fax: 202.799.5362 |
|  | |
|  | ATTORNEYS FOR DEFENDANT |
|  | OFFICE DEPOT, INC. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 27, 2018.

*/s/ Nicholas G. Papastavros*
Nicholas G. Papastavros

EAST\158059417.1