IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Flectere LLC,<br><br>      Plaintiff<br><br>   v.<br><br>Office Depot, Inc.,<br><br>      Defendant. | CASE NO. 2:18-cv-00230-JRG |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed that all claims brought by Plaintiff against Defendant in the above matter are dismissed with prejudice. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees.

Dated: September 21, 2018

| | |
|---|---|
| By: /s/ Isaac P. Rabicoff | By: /s/ Damon M. Lewis |
| Isaac P. Rabicoff (Isaac@rabilaw.com) | Nicholas G. Papastavros |
| Kenneth Matuszewski | (nick.papastatvors@dlapiper.com) |
| (Kenneth@rabilaw.com) | Yasmin Ghassab |
| RABICOFF LAW LLC | (yasmin.ghassab@dlapiper.com) |
| 73 W Monroe St | DLA PIPER LLP (US) |
| Chicago, IL 60603 | 33 Arch Street, 26th Floor |
| Tel: (773) 669-4590 | Boston, MA  02110-1447 |
| | Tel: 617.406.6000 |
| Attorneys for Plaintiff | Fax: 617.406.6100 |
| Flectere LLC | |
| | Damon M. Lewis |
| | (damon.lewis@dlapiper.com) |
| | DLA PIPER LLP (US) |
| | 500 Eighth Street, NW |
| | Washington, DC  20004 |
| | Tel: 202.799.4573 |
| | Fax: 202.799.5362 |
| | |
| | Attorneys for Defendant |
| | Office Depot, Inc. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 21, 2018.

*/s/ Damon M. Lewis*
Damon M. Lewis