IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Flectere LLC, <br><br> Plaintiff <br><br> v. <br><br> Office Depot, Inc., <br><br> Defendant. | CASE NO. 2:18-cv-00230-JRG |

## ORDER

Before the Court is the Joint Stipulation of Dismissal With Prejudice Pursuant to Rule 41(a)(1)(A)(ii) by Defendant Office Depot, Inc. and Plaintiff Flectere LLC (Dkt. No. 14). Having considered the Joint Stipulation, it is **ORDERED** that all claims brought by Plaintiff Flectere LLC against Defendant Office Depot, Inc. in this case are **DISMISSED WITH PREJUDICE** and that Plaintiff and Defendant bear their own costs, expenses and attorneys' fees. The Clerk is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 24th day of September, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE